UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( )( )

Defendant(s).
------------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to participate in the following proceeding via \_\_\_ videoconferencing or \_\_\_ teleconferencing:

\_\_\_    Initial Appearance Before a Judicial Officer

\_\_\_    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_    Bail/Detention Hearing

\_\_\_    Conference Before a Judicial Officer

consent given telephonically
_____    *Jeffry a Udell* (signature)
Defendant's Signature                                Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____    _____
Print Defendant's Name                           Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

Oct. 7, 2020                                                *Gabriel W. Gorenstein* (signature)
_____    _____
Date                                                   U.S. District Judge/U.S. Magistrate Judge
                                                           Gabriel W. Gorenstein